DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRESHA BROWN,**
Appellant,

v.

**SECURITY FIRST INSURANCE COMPANY,**
Appellee.

No. 4D19-3562

[January 21, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Anuraag Singhal, Judge; L.T. Case No. 18-1567 CACE (21).

Frantz C. Nelson of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Evan A. Zuckerman of Vernis & Bowling of Broward, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***